# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **MARY QUESENBERRY, et al.,**     Plaintiffs, | )  )  Civil Action No. 1:09cv00022 |
| v. | )  )  **ORDER** |
| **VOLVO GROUP NORTH AMERICA, INC., f/k/a VOLVO TRUCKS NORTH AMERICA, INC., et al.,**     Defendants. | )  )  )  )  By: GLEN M. WILLIAMS  )  SENIOR UNITED STATES DISTRICT  )  JUDGE |

This case is currently before the court on the plaintiffs' Motion for Class Certification, (Docket Item No. 50), ("Motion For Class Certification"). The case was referred, pursuant to 28 U.S.C. § 636(b)(1)(B), to the Honorable Pamela Meade Sargent, United States Magistrate Judge. On May 27, 2009, the Magistrate Judge entered a report and recommendation, (Docket Item No. 56), ("the Report"), recommending that the motion be granted. Objections to the Report were due by June 15, 2009. No objections were filed.

Upon the consideration of the Report, the undersigned finds that the Magistrate Judge's Report shall be **ACCEPTED**. Accordingly, for the reasons detailed in the Magistrate Judge's Report and in this Order, the plaintiffs' Motion For Class Certification is hereby **GRANTED**.

The Clerk is directed to enter this Order and send copies to all counsel of record.

ENTER: This 29th day of June 2009.

*/s/ Glen M. Williams*
SENIOR UNITED STATES DISTRICT JUDGE