## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

MARY QUESENBERRY, PAUL E.
HOLLANDSWORTH, WALTER E. VIERS,
CURTIS L. COX, ROBERT K. GOAD,
SHIRLEY I. TOLBERT, on behalf of
themselves and all others similarly situated;
INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, AND
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA; and UAW LOCAL UNION
2069,

        Plaintiffs,

    v.

VOLVO GROUP NORTH AMERICA, INC.
f/k/a VOLVO TRUCKS NORTH AMERICA,
INC. and VOLVO TRUCKS NORTH
AMERICA RETIREE HEALTHCARE
BENEFIT PLAN,

        Defendants.

Judge James P. Jones

Magistrate Judge Pamela Meade Sargent

Civil Action No.  1:09-cv-00022

## DEFENDANTS' PROPOSED EXHIBIT LIST

| Trial Exhibit No. | Deposition Exhibit No. | Description | Authenticity Stipulated Y/N | Preliminary Objections Y/N |
|---|---|---|---|---|
| 1 | 1 | Retiree Health Care Benefits Letter [VOL 00002263 - 2266] | | |
| 2 | 2 | Unpublished Letter - Retiree Health Care Caps, signed and dated by Stan Ellspermann and Philip Cabreros 12/5/98 [VOL 00008701 - 8703] | | |

| | | | | |
|---|---|---|---|---|
| 3 | 16 | Complete Listing of Attendees for the [2005] Kickoff<br><br>[VOL 00006113] | | |
| 4 | 17 | NRV Truck Plant Volvo/UAW 2005 Labor Negotiations - Proposal to Change Benefits: Pension Plan dated 1/21/05 [PL 0010300 - 10309] | | |
| 5 | 18 | NRV Truck Plant Volvo/UAW 2005 Labor Negotiations – Proposal to Change Benefits:  Pension Plan dated 1/21/05 [VOL 00006638 - 6648] | | |
| 6 | 21 | Email from K. McLeod to T. Bressler et al. dated 2/7/2005 and attached Tentative Agreement [VOL 00003545 – 3550] | | |
| 7 | 24 | Email from K. McLeod et al. dated 2/3/2005 and attached Tentative Agreement [VOL 00003551 – 3556] | | |
| 8 | 25 | Summary of Benefits Agreement between NRV Plant of Volvo Trucks North America, Inc. and The International Union United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) and Local UAW 2069, effective 2/1/05 through 1/31/08 [PL 00055502- 5512] | | |
| 9 | 26 | Highlights of VTNA/UAW Tentative Agreement [VOL 00003541 - 3544] | | |

| | | | | |
|---|---|---|---|---|
| 10 | 32 | Memo to William Waters and Roger Susanin from Jack Widman and Kaye McLeod re: Status of Benefit Negotiations dated 2/1/08 [VOL 00002068 - 2079] | | |
| 11 | 38 | Letter to Jack Widman from Michael Saggau (UAW) re: Retiree Healthcare [PL 0004528 - 4529] | | |
| 12 | 39 | E-Mail to Michael Saggau from John Widman re: VEBA issue dated 6/7/08 [VOL 00004356 - 4358] | | |
| 13 | 42 | VTNA Retirement Documents for Paul E. Hollandsworth | | |
| 14 | 43 | VTNA Retirement Documents for Mary P. Quesenberry | | |
| 15 | 44 | VTNA Retirement Documents for Robert K. Goad | | |
| 16 | 45 | VTNA Retirement Documents for Glenn Lee Miles | | |
| 17 | 47 | Notes dated 10-9-87  [PL 0001231 – 1236] | | |
| 18 | 48 | UAW-Volvo Trucks, Highlights of Proposed New Agreement (January 1999-January 2005) [VOL 00007634 - 7646] | | |
| 19 | 49 | Notes from Contract Negotiations dated 12/3/98 [VOL 00007496 - 7502] | | |

| | | | | |
|---|---|---|---|---|
| 20 | 51 | Agreement between NRV Plant of Volvo Trucks North America, Inc. and the International Union United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) Production and Maintenance Employees Agreement effective January 29, 1999 through January 31, 2005 | | |
| 21 | 53 | Tentative Economic Agreement between UAW/VTNA – P&M dated 12/6/98 [PL 0001715 - 1723] | | |
| 22 | 57 | Letter to All Volvo Truck North America UAW Bargaining Union Employees dated 2/28/05 [VOL 00006571 - 6574] | | |
| 23 | 58 | "New Tentative Agreement – March 31, 2005" [VOL 00007452] | | |
| 24 | 59 | Summary of the UAW-Volvo Trucks 2005-2008 Tentative Agreement [VOL 00007365 - 7372] | | |
| 25 | 60 | Appendix B, Welfare Benefit Program, Summary Plan Description [Table of Contents – B127] | | |
| 26 | 61 | Benefits Agreement between NRV Truck Plant of Volvo Trucks North America and International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) effective March 17, 2008 through March 16, 2011 for Production and Maintenance Employees and Salaried Employees [Cover Page – B124] | | |

| | | | | |
|---|---|---|---|---|
| 27 | 63 | Handwritten Notes dated 1/12/05 [PL 0001381 - 1383] | | |
| 28 | 64 | Handwritten Notes dated 1/20/05 [PL 0002003 - 2006] | | |
| 29 | 65 | Handwritten Notes dated 01/25/2005 [PL 0001384 – 1392] | | |
| 30 | 68 | Handwritten Notes Dated 1/29/2005 [PL 0002067 – 2068] | | |
| 31 | 69 | "Proposal to Change Retiree Health Benefits Program" dated 2/1/2005 and signed by T. Bressler [PL 0006834 – 6836] | | |
| 32 | 70 | White Motor Corporation Supplemental Agreements covering Benefit Plans between NRV Plant of White Motor Corporation and the UAW and its Local #2069 (1978-1981) [VOL 00000861 - 946] | | |
| 33 | 71 | Volvo-White Local 2069 Insurance Table [PL 0014780] | | |
| 34 | 72 | Volvo GM Heavy Truck Corporation, Your Employee Benefit Booklet for NRV Hourly Employees (1994-2000) [PL 0002751 - 2796] | | |
| 35 | 73 | Collective Bargaining Proposals submitted to Volvo White by UAW [PL 0001784] | | |
| 36 | 74 | Volvo White Truck Corporation 1984 Settlement Proposal dated 10/5/84 [PL 0001800, PL 0001810] | | |

| 37 | 80 | Statement from UAW to Volvo GM Heavy Duty Truck re: Benefit Proposals dated 3/7/91 [PL 0011024 - 11031] | | |
|---|---|---|---|---|
| 38 | 83 | Benefit Proposal – March 8, 1991 [VOL 00005208 - 5213] | | |
| 39 | 84 | Highlights of the Proposed New Agreement for the Members of the UAW Local 2069 (April 2, 1991 through March 11, 1994) [VOL 00005680 - 5683] | | |
| 40 | 85 | Statement from UAW to Volvo GM Heavy Truck, Benefit Proposals dated 2/18/94 [PL 0001304 - 1313] | | |
| 41 | 86 | Statement from UAW to Volvo . . . February 28, 1994 [VOL 00005867 – 5860] | | |
| 42 | 88 | Benefits Agreement re: Health Care dated 3/9/94 [PL 0001331 - 1340] | | |
| 43 | 89 | Highlights of the Proposed New UAW-Volvo Heavy Truck 1994-2000 Conditional Agreement [PL 0001346 – 1361] | | |
| 44 | 90 | Volvo GM Heavy Truck Corporation, Your Employee Benefit Booklet for NRV Hourly Employees (1994-2000) [Cover Page – 42] | | |
| 45 | 95 | Volvo White Truck Corporation, Your Employee Benefit Booklet for NRV Hourly Employees (1984-1987) [VOL 00001080 - 1100] | | |

| | | | | |
|---|---|---|---|---|
| 46 | 98 | Letter to Walter I. McGrady from Volvo re: congratulations on retirement and benefits information dated 2/23/00 | | |
| 47 | 99 | 1998 Negotiations – Basic Strategies<br><br>[VOL 00008850 – 8855] | | |
| 48 | 100 | CONFIDENTIAL – Labor Contract, VTNA/UAW Negotiations<br>[VOL 00008732 - 8733] | | |
| 49 | 107 | Handwritten notes from 12/2/98 pre-meeting<br>[VOL 00009003 - 9008] | | |
| 50 | 109 | Summary of 1999 Agreement<br><br>[VOL  00009148 – 9155] | | |
| 51 | 117 | Letter to Pamela Bratton from Mercer re:  Volvo Group North America New River Valley Pension Plan George W. Epperly Jr. dated 6/12/07 | | |

| 52 | 46 | Company Proposal Settlement dated October 9, 1987<br><br>[PL 0001199 – 1201] | | |
|----|----|----|----|----|
| 53 | 55 | Tentative Agreement – Benefits<br><br>[VOL 00007381 – 7386] | | |

Dated: February 23, 2010

Respectfully submitted,

/s/ Matthew J. Hank

Lindsey H. McGinnis, Esquire
Virginia Bar Number: 68423
LITTLER MENDELSON, P.C.
1650 Tyson's Blvd., Suite 700
McLean, VA 22102
Tel.: (703) 442–8425
Fax: (703) 442–8428
lcmcginnis@littler.com

Thomas J. Bender, Esquire (*pro hac vice*)
Robert C. Drake, Esquire (*pro hac vice*)
Matthew J. Hank, Esquire (*pro hac vice*)
LITTLER MENDELSON
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Tel: (267) 402–3000
Fax: (267) 402–3131
tbender@littler.com
rcdrake@littler.com
mhank@littler.com
*Attorneys for Defendants*