**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| MARY QUESENBERRY, PAUL E. HOLLANDSWORTH, WALTER E. VIERS, CURTIS L. COX, ROBERT K. GOAD, SHIRLEY I. TOLBERT, on behalf of themselves and all others similarly situated; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA; and UAW LOCAL UNION 2069, <br><br> Plaintiffs, <br><br> v. <br><br> VOLVO GROUP NORTH AMERICA, INC. f/k/a VOLVO TRUCKS NORTH AMERICA, INC. and VOLVO TRUCKS NORTH AMERICA RETIREE HEALTHCARE BENEFIT PLAN, <br><br> Defendants. | Judge James P. Jones <br><br> Magistrate Judge Pamela Meade Sargent <br><br> Civil Action No. 1:09-cv-00022 |

**LIST OF EXHIBITS PLAINTIFFS EXPECT TO OR MAY OFFER**

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 1 | | | 1978 Collective Bargaining Agreement | | VOL00000825-860 | | |
| 2 | | Y | 1978 Supplemental Agreements (including Benefits) | 70 | VOL00000861-1002 | | |
| 3 | | | 1981 Collective Bargaining Agreement | | PL0003125-3198 | | |
| 4 | | Y | 1981 Benefits Insert | 71 | PL0014780 | | |
| 5 | | | 1984 Collective Bargaining Agreement | | VOL00001041-1079 | | |
| 6 | | Y | 1984 Benefits Booklet | 95 | VOL00001080-00001100 | | |
| 7 | | | 1987 Collective Bargaining Agreement | | VOL00001101-00001148 | | |
| 8 | | Y | 1987 Benefits Booklet | | PL0004918-0004944 | | |
| 9 | | | 1991 Collective Bargaining Agreement | | PL0003418-3468 | | |
| 10 | | Y | 1991 Benefits Booklet | | PL0003364-3391 | | |
| 11 | | | 1994 Collective Bargaining Agreement | | PL0003835-3875 | | |
| 12 | | Y | 1994 Benefits Booklet | 72 | PL0002751-2796 | | |
| 13 | | Y | 1994 Pension Plan | | Exh. 45 to Pls.' Mot. for Summ. J. | | |

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 14 | | Y | 1999 Collective Bargaining Agreement for Production and Maintenance Employees (including Benefits) | 51 | None | | |
| 15 | | | 1999 Collective Bargaining Agreement for Salaried Employees (including Benefits) | | PL0003275-3363 | | |
| 16 | | Y | 1999 Pension Plan | | PL0014784-14855 | | |
| 17 | | | 2005 Collective Bargaining Agreement (Production & Maintenance and Salaried Employees) | | PL0004132-4344 | | |
| 18 | | Y | 2005 Benefits Agreement (Production & Maintenance & Salaried Employees) | | PL0003611-0003741 | | |
| 19 | | | 2008 Collective Bargaining Agreement (Production & Maintenance and Salaried Employees) | | PL0003742-3834 | | |
| 20 | | Y | Employee Benefits for Represented Employees | | PL0002797-2840 | | |
| 21 | | Y | September 3, 1985 Memorandum to Andy Anderson from David Hirschland | | PL0010952-10955 | | |
| 22 | | Y | NRV - Hourly Health and Welfare Plans (signed 12/1/87) | 96 | PL0008487-8539 | | |

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 23 | | Y | Statement from UAW to Volvo GM Heavy Duty Truck - February 20, 1991 Benefit Proposals | | PL0004857-4866 | | |
| 24 | | Y | Handwritten Notes "Book #1 1991 Negotiations" | 77 | PL0001917-1923 | | |
| 25 | | Y | Handwritten Notes: "Book #2 1991 Negotiations" | 78 | PL0001955-1969 | | |
| 26 | | Y | Statement from UAW to Volvo GM Heavy Duty Truck - March 7, 1991 (9:00 p.m.) Benefit Proposals | 80 | PL0011024-11031 | | |
| 27 | | Y | Company Settlement Proposal Economic Issues | | PL00004830-4853 | | |
| 28 | | | Typed Notes (March 6) | | VOL0005543-5547 | | |
| 29 | | | Benefit Proposal from Volvo-GM Heavy Truck Corporation: 3-7-94 | | PL00004797-4799 | | |
| 30 | | | Benefits Agreement, Health Care (signed 3-9-94) | 88 | PL0001331-1340 | | |
| 31 | | | How the Review Works | | PL00004964-4965 | | |
| 32 | | | 1994 Highlights of Proposed New Agreement | 89 | PL0001346-1361 | | |
| 33 | | Y | August 6, 1998 Letter to Eula M. Jones from Volvo Human Resources (Melissa Jackson) | 97 | None | | |

4

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 34 | | | Handwritten Notes (10/2/98) | 102 | PL0005229-5233 | | |
| 35 | | Y | Handwritten Notes (10/19/98) | 103 | PL0005237-5238 | | |
| 36 | | Y | Handwritten Notes (11/2/98) | 105 | PL0008312-8314 | | |
| 37 | | | Handwritten Notes | 101 | VOL00007522-7525 | | |
| 38 | | | Handwritten Notes (11/17/98) | 106 | PL0005223-5224 | | |
| 39 | | Y | Confidential - Labor Contract, VTNA/UAW Negotiations | 100 | VOL00008732-33 | | |
| 40 | | | Handwritten Notes (12/2/98) | 107 | VOL00009003-00009008 | | |
| 41 | | Y | Typed Notes (12/3/98) | 49 | VOL 7496-7502 | | |
| 42 | | Y | Unpublished Letter, Retiree Health Care Caps | 2 | VOL00008701 | | |
| 43 | | Y | Tentative Economic Agreement Between UAW/VTNA - P&M December 6, 1998 | 53 | PL0001715-1723 | | |
| 44 | | Y | Confidential - 1998 Negotiations, Basic Strategies | 99 | VOL00008850-8855 | | |
| 45 | | Y | Employee Benefits Book Language Changes | | PL0005209-5213 | | |

5

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 46 | | Y | NEWS UAW: UAW Members Approve New Pacts with Volvo Trucks | | PL0007793-7794 | | |
| 47 | | | Summary of 1999 Labor Agreement Between UAW/VTNA - P & M February 1, 1999 | 109 | VOL00009148-9155 | | |
| 48 | | Y | Documents for Miles Glenn Lee | 45 | None | | |
| 49 | | | 1999 Highlights of Proposed New Agreement | 48 | VOL 7634-7646 | | |
| 50 | | Y | February 23, 2000 Letter to Walter I. McGrady from Volvo Human Resources (Vickie Corder) | 98 | None | | |
| 51 | | | "Issue" | | PL0005327-5328 | | |
| 52 | | | Oct. 23, 2001 Fax to Mike LaCour from John Sayers | | PL0005323-5325 | | |
| 53 | | Y | September 2004 Volvo Trucks North America, Inc. Postretirement Benefit Valuation Report (redacted) | 92 | VOL00006384-00006411 | | |
| 54 | | Y | Oct. 15, 2004 Letter from Mercer re Data for New River Valley Negotiations | 4 | VOL00003614-3617 | | |
| 55 | | Y | NRV CAP Approaches | 12 | VOL00008699-8700 | | |

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 56 | | Y | Volvo 2005 Labor Negotiations Benefit Strategy | 6 | LMP00004218 (25 pages) | | |
| 57 | | Y | UAW Welfare Plan Design Considerations | 11 | VOL00006897 | | |
| 58 | | | January 4, 2005 Email to Ed Rosko from Greg Tinnell | 13 | VOL00008795-96 | | |
| 59 | | Y | Summary of Objectives | 15 | LMP00003978 (5 pages) | | |
| 60 | | | Proposal to Change Benefits: Pension Plan 1/21/05 9:45 AM | 17 | PL0010300-10309 | | |
| 61 | | | Proposal to Change Benefits: Pension Plan 1/21/05 9:45AM "Working Copy" | | PL0005917-5926 | | |
| 62 | | | Proposal to Change Benefits: Pension Plan 1/30/05 10:00 PM | 19 | VOL00007649-7675 | | |
| 63 | | | UAW Summary of 2005 Tentative Agreement (Highlights) | 59 | VOL00007365-7372 | | |
| 64 | | Y | January 31, 2005 Email to C. Martinz from Joe Huxta | | VOL00006521-6522 | | |
| 65 | | Y | Summary of VTNA/UAW Negotiations 2/1/05 2:35 AM | | PL0006856 | | |
| 66 | | Y | Summary of VTNA/UAW Negotiations (with handwriting) | | PL0008991 | | |
| 67 | | Y | Tentative Agreement - Benefits 2/3/2005 11:44 AM | 20 | VOL00003558-3563 | | |

7

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 68 | | Y | February 3, 2005 Email to Willard Beck from Kaye McLeod | 24 | VOL00003551-3557 | | |
| 69 | | Y | Tentative Agreement - Benefits 2/4/2005 | | PL0006843-6848 | | |
| 70 | | Y | February 7, 2005 Email to C. Martinz, et al., from Kaye McLeod | 21 | VOL00003545-3549 | | |
| 71 | | | Tentative Agreement - Benefits 2/7/05 4 PM | | PL0009460-9468 | | |
| 72 | | | February 14, 2005 Email to Kaye McLeod from Greg Tinnell | 22 | LMP00001689 (1 page) | | |
| 73 | | Y | UAW Members Vote Against 2 of 3 Tentative Agreements | 93 | PL0005786 | | |
| 74 | | Y | Highlights of VTNA/UAW Tentative Agreement | 26 | VOL00003541-3544 | | |
| 75 | | Y | NRV Hourly Employees Comparison of Current CIGNA PPO with Modified Trigon KeyCare 10 POS Plan | | PL0007096-7100 | | |
| 76 | | Y | Memorandum of Agreement | | VOL00006517 | | |
| 77 | | | Feb. 28, 2005 Memorandum to All Volvo Truck North America UAW Bargaining Unit Employees from UAW | 57 | VOL0006571-6574 | | |

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 78 | | Y | March 7, 2005 Letter from Mercer re NRV Negotiations | 14 | VOL00003536-37 | | |
| 79 | | | New Tentative Agreement - March 31, 2005 | | VOL0007687 | | |
| 80 | | | Summary of Benefits Agreement (signed 4/2/2005) | 25 | PL0005502-5512 | | |
| 81 | | Y | April 7, 2005 Memorandum to Kjell Svenson from Greg Tinnell | 94 | VOL00006488-00006493 | | |
| 82 | | Y | New River Valley UAW Labor Negotiations Update | 28 | LMP00003836 (5 pages) | | |
| 83 | | Y | Handwritten Notes (start 1/9/08) | 33 | VOL00008564-8675 | | |
| 84 | | | New River Valley Common & Supplemental Agreements - Executive Briefing | 31 | LMP00000030 (20 pages) | | |
| 85 | | Y | Handwritten Notes (start 1/26/08) | 122 | VOL00009553-9586 | | |
| 86 | | Y | Feb. 1, 2008 Memorandum to William Waters, et al., from Jack Widman, et al. | 32 | VOL00002068-2079 | | |
| 87 | | | Feb. 5, 2008 Letter from Mercer re NRV Retiree Medical - Projection of VEBA Trust Funds | | VOL000070-73 | | |
| 88 | | | Feb.7, 2008 Letter to the Members of UAW Local 2069 from Volvo Trucks North America | 36 | PL0002164-2165 | | |

9

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 89 | | Y | March 5, 2008 Email to Jeannene Lambert from Bruce Jennings | 1 | VOL00002262-2266 | | |
| 90 | | Y | March 13, 2008 Letter to Jack Widman from Michael Saggau | 38 | PL0004528-4529 | | |
| 91 | | Y | March 20, 2008 Letter to Michael Saggau from John Widman | | none | | |
| 92 | | | June 7, 2008 Email to Mike Saggau from John Widman | 39 | VOL00004356-4358 | | |
| 93 | | | 2008 NRV Negotiation Summary (substantive changes only) | 37 | VOL00001942-1947 | | |
| 94 | | Y | Dec. 31, 2008 Letter to Volvo-UAW Bargaining Unit Retirees re: Changes to Your Retiree Medical and Prescription Drug Coverages | | PL0000004-0000010 | | |
| 95 | | | Volvo Truck NRV VEBA - Summary of Transactions | | VOL00000093-94 | | |
| 96 | | Y | Jan. 21, 2009 Letter to Volvo-UAW Bargaining Unit Retirees re: Retiree Prescription and Drug Plan, Postponement of Changes to the Medicare Eligible Plan | | VOL00000006 | | |

| Document | Trial Exhibit Number | Expect to Use | Brief Description | Deposition Exhibit Number | Bates Range | Offered By | Admitted into Evidence |
|---|---|---|---|---|---|---|---|
| 97 | | Y | May 1, 2009 Letter to Volvo-UAW Bargaining Unit Retirees re: Changes to Your Retiree Medical and Prescription Drug Plan, Changes to the Medicare Eligible Plan Effective July 1, 2009 | | PL0000590-591 | | |
| 98 | | Y | July 13, 2009 Letter to General Holiefield from Per Carlsson | | none | | |
| 99 | | | Feb. 17, 2010 Letter to Lester Hancock from General Holiefield | | PL0014782-14783 | | |

11

Respectfully submitted,

        *s/ Julia Penny Clark*
        JULIA PENNY CLARK (Virginia Bar 48175)
        jpclark@bredhoff.com
        KIMBERLY SÁNCHEZ OCASIO (*pro hac vice*)
        ksanchez@bredhoff.com
        Bredhoff & Kaiser, P.L.L.C.
        805 Fifteenth Street, N.W.
        Suite 1000
        Washington, DC  20005
        (202) 842-2600

        DANIEL W. SHERRICK (Michigan Bar P37171)
        dsherrick@uaw.net
        MICHAEL F. SAGGAU (Michigan Bar P35326)
        msaggau@uaw.net
        8000 East Jefferson Avenue
        Detroit, MI  48214
        (313) 926-5216

        *Counsel for Plaintiffs*

Date: February 23, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2010, I electronically filed the foregoing List of Exhibits Plaintiffs Expect To or May Offer with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lindsey H. McGinnis
Matthew J. Hank
Robert C. Drake
Thomas J. Bender
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, VA  22102
lmcginnis@littler.com

Attorney for Defendants

                                    *s/ Julia Penny Clark*
                                    JULIA PENNY CLARK (Virginia Bar 48175)
                                    jpclark@bredhoff.com
                                    Bredhoff & Kaiser, P.L.L.C.
                                    805 Fifteenth Street, N.W.
                                    Suite 1000
                                    Washington, DC  20005
                                    (202) 842-2600