# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **MARY QUESENBERRY, ET AL.,** ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:09CV00022 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **VOLVO GROUP NORTH** ) | By: James P. Jones |
| **AMERICA, INC., f/k/a VOLVO** ) | Chief United States District Judge |
| **TRUCKS NORTH AMERICA, INC.,** ) | |
| **ET AL.,** ) | |
| ) | |
| Defendants. ) | |

Based upon the court's de novo review of those portions of the magistrate judge's March 2, 2010 report and recommendation (DE 119) to which the defendants objected, it is **ORDERED** as follows:

1. The defendants' objections to the magistrate judge's March 2, 2010 report and recommendation are OVERRULED;

2. The magistrate judge's report and recommendation is ACCEPTED;

3. The plaintiffs' motion for summary judgment as to liability (DE 81) and the defendants' motion for summary judgment (DE 79) are DENIED;

ENTER: March 18, 2010

/s/ JAMES P. JONES
Chief United States District Judge