UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| MARY QUESENBERRY, PAUL E. HOLLANDSWORTH, WALTER E. VIERS, CURTIS L. COX, ROBERT K. GOAD, SHIRLEY I. TOLBERT, on behalf of themselves and all other persons similarly situated; INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA and UAW LOCAL UNION 2069<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VOLVO GROUP NORTH AMERICA, INC. f/k/a VOLVO TRUCKS NORTH AMERICA, INC. and VOLVO TRUCKS NORTH AMERICA RETIREE HEALTHCARE BENEFIT PLAN<br><br>　　　　　　　　Defendants. | Judge James P. Jones<br>Magistrate Judge Pamela Meade Sargent<br><br>Civil Action No. 1:09-cv-00022 |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

As the prevailing parties in this action, and for the reasons set forth in their Memorandum in Support of Plaintiffs' Motion for Attorneys' Fees and Expenses, Plaintiffs Mary Quesenberry, Paul Hollandsworth, Walter Viers, Curtis Cox, Robert Goad, and Shirley Tolbert (collectively, "Named Plaintiffs"); International Union, United Automobile, Aerospace and Agricultural Implement Workers of America ("UAW"); and UAW Local 2069, respectfully request that the Court exercise its discretion under section 502(g) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.

§ 1132(g)(1), and award them attorneys' fees and expenses in the amount of

$1,047,601.42.

                                                                           Respectfully submitted,

*s/ Julia Penny Clark*
JULIA PENNY CLARK (Virginia Bar 48175)
jpclark@bredhoff.com
KIMBERLY SÁNCHEZ OCASIO (*pro hac vice*)
ksanchez@bredhoff.com
Bredhoff & Kaiser, P.L.L.C.
805 Fifteenth Street, N.W.
Suite 1000
Washington, DC  20005
(202) 842-2600

DANIEL W. SHERRICK (Michigan Bar P37171)
dsherrick@uaw.net
MICHAEL F. SAGGAU (Michigan Bar P35326)
msaggau@uaw.net
8000 East Jefferson Avenue
Detroit, MI  48214
(313) 926-5216

*Counsel for Plaintiffs*

May 3, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2010, I electronically filed the foregoing Plaintiffs' Motion for Attorneys' Fees and Expenses with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsey H. McGinnis
Matthew J. Hank
Robert C. Drake
Thomas J. Bender
LITTLER MENDELSON, P.C.
1650 Tysons Blvd. Suite 700
McLean, VA 22102
lmcginnis@littler.com

Attorney for Defendants

                                      Respectfully submitted,

                                      *s/ Julia Penny Clark*
                                      JULIA PENNY CLARK (Virginia Bar 48175)
                                      jpclark@bredhoff.com
                                      KIMBERLY SÁNCHEZ OCASIO (*pro hac vice*)
                                      ksanchez@bredhoff.com
                                      Bredhoff & Kaiser, P.L.L.C.
                                      805 Fifteenth Street, N.W.
                                      Suite 1000
                                      Washington, DC  20005
                                      (202) 842-2600