# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MARY QUESENBERRY, ET AL.**, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:09CV00022 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VOLVO GROUP NORTH AMERICA, INC., ET AL.**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

It appearing that no objections have been timely filed to the report filed June 25, 2010, setting forth the findings and recommendation of the magistrate judge (DE 240), it is **ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED; and

2. The Motion to Alter Judgment by the defendants (DE 209) is DENIED.

ENTER: July 19, 2010

/s/ JAMES P. JONES
United States District Judge