# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **MARY QUESENBERRY, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:09CV00022 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **VOLVO GROUP NORTH AMERICA, INC., ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| | ) | |
| Defendants. | ) | |

Based upon the court's de novo review of those portions of the magistrate judge's Report and Recommendation entered July 20, 2010 (ECF No. 243) and Report and Recommendation entered August 17, 2010 (ECF No. 255), it is **ORDERED** as follows:

1. Defendants' objections to the magistrate judge's reports and recommendations referenced above are OVERRULED;

2. The said reports and recommendations are wholly ACCEPTED and APPROVED;

3. Plaintiffs' Motion for Attorneys' Fees and Expenses (ECF No. 212) and Plaintiffs' Supplemental Motion for Attorneys' Fees and Expenses (ECF No. 246) are GRANTED IN PART AND DENIED IN PART; and

4. As recommended by the magistrate judge, Plaintiffs are awarded attorneys' fees in the total amount of $855,348.75 and expenses in the total amount of $103,371.17, for a total award of fees and expenses of $958,719.92.

.                                             ENTER: September 3, 2010

/s/ JAMES P. JONES
United States District Judge